**EXHIBIT C**

Harris County Docket Sheet

# 2012-75157

**COURT:** 080th
**FILED DATE:** 12/22/2012
**CASE TYPE:** FALSE IMPRISONMENT



### SULLIVAN, JOHN F
Attorney: KIRKLIN, BRADLEY MCMAHON

vs.

### DONATO, MICHAEL
Attorney: LEGUIZAMON, JAQUELINE I.

| Trial Settings | |
|---|---|
| Date | Comment |
| 8/26/2013 | Docket Set For: Trial Setting |

| Docket Sheet Entries | |
|---|---|
| Date | Comment |
| 2/15/2013 | DCORX - DOCKET CONTROL/PRETRIAL ORDER SIGNED |



**STATE OF TEXAS
COUNTY OF HARRIS**

I, Chris Daniel, District Clerk of Harris County, Texas, certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office MAR 2 7 2013

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

_____ Deputy